No. 12–812. ANAYA-AGUILAR *v.* HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took

no part in the consideration or decision of this petition. 